**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8189**

ARNOLD DE ARMOND,

                Plaintiff - Appellant,

        v.

CHESAPEAKE CITY JAIL; CAPTAIN EVANS, Jail Commander; WEXFORD
MEDICAL SERVICES, INC.; MS. CASTRO, Medical Administrator;
JANE DOE, R.N., Director of Nurses; MS. SCHULTZ, R.N.,
Director of Nurses; ELIZABETH SKEETER, LPN, Nurse
Supervisor; MS. WILLIAMS, LPN; MS. LANIER, LPN; INTAKE NURSE
JANE DOE, LPN; JANE DOE, #2, LPN; CAPTAIN SHIPLEY, Jail
Commander,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:08-cv-00424-RBS-JEB)

Submitted:  May 28, 2009               Decided:  June 3, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arnold De Armond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold De Armond appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See De Armond v. Chesapeake City Jail, No. 2:08-cv-00424-RBS-JEB (E.D. Va. filed Sept. 9, 2008 & entered Sept. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED